IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

---

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                 Case No. 1:22-CR-00300-KWR

WALTER EDDINGS,

        Defendant.

### ORDER DENYING MOTION TO SUPPRESS

THIS MATTER is before the Court on Defendant Walter Eddings' Motion to Suppress (**Doc. 52**) filed on September 20, 2023. The court held an evidentiary hearing on December 20, 2023. After reviewing the motion, the responses, exhibits, testimony, and oral arguments, the Court finds that the Defendant's Motion to Suppress is not well-taken and is **DENIED.**

In denying the motion, the Court assesses, by a totality of the circumstances, the four probable cause factors cited by the United States as a basis for arresting Mr. Eddings without a warrant. **Doc. 53 at 7.** *See United States v. Morgan*, 936 F.2d 1561, 1568-59 (10th Cir. 1991). The Court finds that New Mexico State Police officers had probable cause based on the officer's identification of Mr. Eddings as a felon and the officer's observation that Mr. Eddings physically moved a firearm in the back of a vehicle. The court's findings are more fully set forth in its ruling from the bench following the evidentiary hearing on December 20, 2023.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Suppress (Doc. 52) is **DENIED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE