IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

vs.                                                                        Criminal No. 1:22-cr-00300-KWR

**WALTER EDDINGS,**
     **Defendant.**

### DEFENDANT'S NOTICE OF NON-OBJECTION TO GOVERNMENT'S MOTIONS IN LIMINE [DOC. 61, DOC. 62, DOC. 63, AND DOC. 64.]

Defendant Walter Eddings, by and through his attorney Marc A. Grano, hereby gives notice of his Non-objection to the Government's Motions in Limine, more specifically, DOC. 61, DOC. 62., DOC. 63 and DOC. 64.

| | |
|---|---|
| I HEREBY CERTIFY that on the 4th day of January 2024, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | Respectfully submitted,<br><br>Grano Law Offices, P.C.<br>713 6th Street<br>Las Vegas, New Mexico 87701<br>505-426-8711<br>marcgrano@granolaw.com |
| */s/ Marc A. Grano*<br>Marc A. Grano, Esq<br>*Attorney for Walter Eddings* | */s/ Marc A. Grano*<br>Marc A. Grano, Esq. |